UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-CV-80194-RKA

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**FOSSIL GROUP, INC.,**
**a foreign for-profit corporation**

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff NELSON FERNANDEZ and Defendant FOSSIL GROUP, INC., by and through their respective undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings to allow the parties to finalize the settlement agreement and file a stipulation for dismissal with prejudice.

      DATED:  March 12, 2020.

      Respectfully submitted,

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com

By_____*s/ Roderick V. Hannah*_____          By ____*s/ Pelayo M. Duran*_____
    RODERICK V. HANNAH              PELAYO M. DURAN
    Fla. Bar No. 435384              Fla. Bar No. 0146595


**OGLETREE DEAKINS  NASH SMOAK STEWART, P.C.**
Counsel for Defendant
701 Brickell Avenue, Suite 1600
Miami, FL  33131
(305) 455-3710
Paul.debe@ogletreedeakins.com

By:_*s/ Paul J. Deboe*_____
    PAUL J. DEBOE
    Florida Bar No. 52051

2