UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

---------------------------------------------------------------------x
NELSON FERNANDEZ,                                    :
                                                     :
          Plaintiff,                             :
                                                     :
v.                                                   :  Case No. 20-80194-CIV-ALTMAN
                                                     :
FOSSIL GROUP, INC.,                                  :
                                                     :
          Defendant.                             :
                                                     :
                                                     :
---------------------------------------------------------------------x

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nelson Fernandez ("Fernandez") and Defendant Fossil Group, Inc. ("Fossil") (collectively, the "Parties"), hereby stipulate and jointly request that this Court enter a dismissal with prejudice of Fernandez's Complaint in the above-entitled action, in its entirety, with the Court to retain jurisdiction over the parties and the action until April 15, 2021, for the sole purpose of enforcement of the parties' obligations under Section 2(C) of the Parties' Confidential Settlement Agreement and Release of Claims. Section 2(C) of the Confidential Settlement Agreement and Release of Claims reads as follows:

    Fossil shall, within twelve (12) months of the Effective Date ("the Remediation Period"), continue to use good faith efforts to cause those portions of the Website that are covered by Title III of the ADA to be in a condition or state that allows individuals with visual disabilities within the meaning of the ADA to gain the same information with an ease of use substantially equivalent to that of non-visually disabled persons using the Website ("ADA Compliant"). The Parties agree that being in substantial conformance with WCAG 2.0 Level A and AA or WCAG 2.1 shall constitute "ADA Compliant," but that substantial conformance with WCAG 2.0 Level A and AA or WCAG 2.1 is neither the test for ADA Compliance nor the sole method of achieving ADA Compliance. The Parties further agree that, notwithstanding anything contained in this provision or in this Agreement, the Website shall be permitted to link to websites owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals

with disabilities. The Parties further agree that ADA Compliant shall include substantial conformance with any standard later established or recognized by the United States Supreme Court, any U.S. Circuit Court of Appeals or the U.S. Department of Justice. (The term "Third-Party Content" refers to web content that is not developed, owned, or operated by Fossil.) However, if a judicial, legislative or regulatory body enacts any legislation or rule, or if the United States Supreme Court or a U.S. Circuit Court of Appeals renders a decision, pursuant to which the Website is/are not considered a place of public accommodation or business establishment under the Disability Laws, it is understood that Fossil will be relieved of the obligations set forth in this Section 2(C) of this Agreement. If Fossil's ability to meet the deadline for compliance with this Section 2(C) is delayed by third-party vendors, acts of God, force majeure or other reasons that are outside of Fossil's control, including circumstances related to the current COVID-19 crisis, the deadline shall be extended for such time as is agreed upon by the Parties.

Following the Remediation Period, Fossil shall, either on its own or through a third-party vendor, monitor the Website on a periodic basis, not to exceed six (6) months, to ensure that it continues to be ADA Compliant. Fossil agrees that if any portion of the Website is discovered to be non-ADA Compliant, it will promptly remediate that portion of the Website and will cause it to be ADA Compliant.

Each party shall bear his or its own fees, costs, and attorneys' expenses.

Dated:  May 4, 2020

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Paul J. De Boe*
Paul J. De Boe
9130 S. Dadeland Blvd., Suite 1625
Miami, Florida 33156
Paul.deboe@ogletree.com
*Attorney for Defendant*

RODERICK V. HANNAH, ESQ., P.A.

By: */s/ Roderick V. Hannah*
Roderick V. Hannah, Esq.
8751 W. Broward Blvd., Suite 303
Plantation, Florida 33324
rhannah@rhannahlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, the foregoing Joint Stipulation of Dismissal was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record for all parties.

*/s Paul J. De Boe*
Paul J. De Boe

42727984.1